# Court of Appeals
# of the State of Georgia

ATLANTA,    May 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0181.  DANNY MITCHELL BOWMEN v. THE STATE.**

On February 28, 2014, the trial court denied Danny Mitchell Bowmen's motion to suppress evidence.  Bowmen timely filed a motion for reconsideration of the ruling, which the trial court denied on April 8, 2014.  Although the trial court signed a certificate of immediate review on April 16, 2014, Bowmen did not file his application until April 30, 2014.  We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal is valid only if filed within 10 days of the date that a timely certificate of immediate review is entered in the court below. See *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).  Because this application was filed 14 days after entry of the certificate of immediate review, it is untimely.[1]  This application is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/20/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The tenth day after the filing of the application fell on a Saturday and the following Monday, April 28, 2014, was a state holiday.  The application should have been filed on the following day.